UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ABDUL SHARIFF

                                Plaintiff,

                01 **CIVIL** 1140 (DAB) (DFE)

      -against-

GLENN S. GOORD, et. al.,

                              Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Elizabeth L. Koob

☐   *Attorney*
    ☐   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        EK0428
    ☐   I am a Pro Hac Vice attorney
    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____
    To: _____

    ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐   *Address:*   221 Devoe Avenue, Yonkers, New York 10705

☐   *Telephone Number:*   (914) 964-8888

☐   *Fax Number:*   (914) 964-8801

☐   *E-Mail Address:* _____

Dated:   8/30/07                                                    /s/ Elizabeth Koob

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ABDUL SHARIFF

                               Plaintiff,                        01 **CIVIL** 1140 (DAB) (DFE)

           -against-

GLENN S. GOORD, et. al.,

                              Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Joan Magoolaghan__

☑    *Attorney*
      ☑   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
           __JM5004__
      ☐   I am a Pro Hac Vice attorney
      ☐   I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

      From: _____
      To: _____

      ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑    *Address:* __221 Devoe Avenue, Yonkers, New York 10705__

☑    *Telephone Number:* __(914) 964-8888__

☑    *Fax Number:* __(914) 964-8801__

☐    *E-Mail Address:* _____

Dated: __8/30/07__